No. 00–1100. MILLER v. GENERAL BANK NEDERLAND, N. V., ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1106. MURPHY v. BINION ET AL. Sup. Ct. Nev. Certiorari denied.

No. 00–1111. MCKAY v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1117. LIVINGSTONE ET VIR v. NORTH BELLE VERNON BOROUGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–1124. BOYKIN v. ENTERGY OPERATIONS, INC. C. A. 5th Cir. Certiorari denied.

No. 00–1132. MORICE v. EG&G FLORIDA, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1148. SOUTH CAROLINA v. HOLMES. Sup. Ct. S. C. Certiorari denied.

No. 00–1152. GARNER v. DEPARTMENT OF LABOR. C. A. 5th Cir. Certiorari denied.

No. 00–1156. LEVI STRAUSS & CO. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–1161. MCKINNEY ET AL. v. CHAO, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied.

No. 00–1162. BESTER v. LOUISIANA COMMITTEE ON BAR ADMISSIONS. Sup. Ct. La. Certiorari denied.

No. 00–1171. HAGGAR APPAREL CO. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–1175. REESE v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.